```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JESSE ALSTON,

                         Plaintiff,              ORDER

                - against -            24 Civ. 6444(NRB)

NEW YORK CITY DEPARTMENT OF CORRECTIONS,
NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION, AMERICAN
AIRLINES GROUP INC., AMERICAN EAGLE
AIRLINES, NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, JANE DOE #1 in her
official capacity, JANE DOE #2 in her
individual capacity, JOHN DOE #1 in his
official capacity, JOHN DOE #1 in his
individual capacity, and JOHN DOES #2-#5,

                         Defendants.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS**, on March 17, 2025, defendant New York City Health and Hospitals Corporation filed a motion to dismiss (the "Motion"). ECF No. 42; and

   **WHEREAS**, on January 4, 2026, plaintiff filed an opposition to the Motion (the "Opposition").  ECF No. 64; and

   **WHEREAS**, the Opposition was not "accompanied by a letter no longer than three pages outlining the substantive arguments advanced in the motion papers" as required by Rule 2.C.1 of this Court's individual practices; it is hereby

1

**ORDERED** that plaintiff shall file a letter regarding his Opposition in accordance with Rule 2.C.1 no later than 7 days from the date of this Order.


Dated:      January 15, 2026
            New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE