**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

 JESSE ALSTON,

                        Plaintiff,

      -against-                                24 **CIVIL** 6444 (NRB)

                                       **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION, AMERICAN
AIRLINES GROUP INC., AMERICAN
EAGLE AIRLINES, NEW YORK CITY
HEALTH AND HOSPITALS
CORPORATION, JANE DOE #1 in her
official capacity, JANE DOE #1
in her individual capacity,
JOHN DOE #1 in his official
capacity, JOHN DOE #1 in his
official capacity, and JOHN
DOES #2-5,

                        Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum & Order dated March 17, 2026, the Defendants' motion to

dismiss are granted; accordingly, the case is closed.

**Dated:** New York, New York

      March 18, 2026

                                   **TAMMI M. HELLWIG**

                                   **Clerk of Court**

             **BY:**

                                   **Deputy Clerk**